■ In the Matter of EDWARD S. REICH, a Suspended Attorney, Resignor. [807 NYS2d 886]—Resignation accepted and name stricken from roll of attorneys. Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Smith, JJ.

■ In the Matter of ALAN M. ST. CLAIR, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [807 NYS2d 886]—Order of suspension entered pursuant to 22 NYCRR 1022.20 (e). Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Smith, JJ.

■ In the Matter of DAVID ISAAC BERLOWITZ, for Reinstatement to the Practice of Law. [807 NYS2d 886]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Scudder, J.P., Gorski, Green, Pine and Hayes, JJ.

■ In the Matter of ARTHUR S. BICKEL, an Attorney, Resignor. [807 NYS2d 886]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Scudder, J.P., Gorski, Green, Pine and Hayes, JJ.